IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05- 27 |
| TAHRIA AIGNER PARKS and JOHNNY WALKER EWELL, | : |
| Defendants. | : |

## MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Indictment, Motion and Order for Arrest Warrants, this Motion and Order to Seal, and related file.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 5, 2005

**IT IS SO ORDERED** this _5_ day of _April_, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge