AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

JOHNNY WALKER EWELL

**WARRANT FOR ARREST**

Case Number: CR 05-27-2-UNA

SEALED ~~ (crossed out) CASE UNSEALED 4/27/05 KJK.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JOHNNY WALKER EWELL
                                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court    Violation      Probation Violation Petition

charging him or her     (brief description of offense)

PASSING OF COUNTERFEIT FEDERAL RESERVE NOTES

in violation of     18     United States Code, Section(s)     473

Peter T. Dalleo                                     Clerk, United States District Court
Name of Issuing Officer                                Title of Issuing Officer

By: [signature], Deputy Clerk    4/6/2005 in Wilmington, DE
Signature of Issuing Officer                                Date and Location

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

FILED JUL 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 4/26/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/26/05 | JP C$ | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                 _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____