IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-27-2-KAJ |
| JOHNNY WALKER EWELL, | ) |
| Defendant. | ) |

### ORDER

IT IS HEREBY ORDERED this 25th day of July, 2005, that the Rule 11 hearing scheduled for **July 28, 2005 at 12:30 p.m.** is hereby rescheduled to **July 28, 2005 at 1:30 p.m.** in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

Defendant, Johnny Walker Ewell, is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **12:30 p.m. on July 28, 2005.**

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware