# Patrick J. Egan
## COUNSELOR AT LAW

239 S. Camac Street

Philadelphia, PA 19107

(215) 546-5040

FAX: (215) 546-5002

Also Admitted in New Jersey

PJEgan@Eganlaw.net

October 28, 2005

The Honorable Kent A. Jordan
United States District Court Judge
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

**RE:  U.S. v. Ewell**
**No. 05-27-2-KAJ**

Dear Judge Jordan:

Enclosed you will find Defendant's Sentencing Memorandum in the above-referenced matter.

Your Honor's time and consideration are greatly appreciated.

Respectfully yours,

Patrick J. Egan

Cc;  Beth Moskow-Schnall, AUSA