IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-27-SLR |
| | ) | |
| JOHNNY WALKER EWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Beth Moskow-Schnoll

as attorney of record on behalf of the United States of America, and enter the appearance of Assistant

United States Attorney David L. Hall.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
david.hall@usdoj.gov

Dated: