IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 05-27-SLR |
| JOHNNY WALKER EWELL, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Johnny Walker Ewell, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and a danger to the community and that he cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight or a danger to the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _____
       Christopher J. Burke
       Assistant United States Attorney

Dated: May 12, 2008