# United States District Court

DISTRICT OF DELAWARE

---

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
FRCP 32.1

JOHNNY WALKER EWELL,
Defendant

Case Number: 05-27-SLR-2

Upon motion of the **Government**, it is ORDERED that a **Revocation Hearing** is set for _May 21st 2018_ * at _4:00 pm_
Date                         Time

before _Honorable Leonard P. Stark, U.S. Magistrate Judge_
Name of Judicial Officer

**Ctrm. #6B, 6ᵀᴴ Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
Other Custodial Official

and produced for the hearing.

_MAY 12ᵀᴴ, 2008_
Date

_[signature]_
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.