IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-027-SLR |
| | ) | |
| JOHNNY WALKER EWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

At Wilmington this _12th_ day of May, 2008;

IT IS ORDERED that the hearing to consider revocation of supervised

release is scheduled for **Wednesday, May 21, 2008** at **4:00 p.m.** in courtroom 6B, on

the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington,

Delaware.

United States District Judge