≈AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of        DELAWARE

UNITED STATES OF AMERICA

V.

JOHNNY WALKER EWELL

**WARRANT FOR ARREST**

Case Number: CR 05-27-2-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JOHNNY WALKER EWELL
                                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JANUARY 18, 2008  at  WILMINGTON, DE
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

2803 W. 2nd St Wilmington DE

| DATE RECEIVED 1/18/08 | NAME AND TITLE OF ARRESTING OFFICER William David, DUSM | SIGNATURE OF ARRESTING OFFICER William David |
|---|---|---|
| DATE OF ARREST 5/11/08 | | |