AO 245D    (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA
V.

JOHNNY WALKER EWELL

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: CR 05-27-2-SLR

USM Number: 04974-015

Luis A. Ortiz, Esq.,
Defendant's Attorney

THE DEFENDANT:

☒ admitted guilt to violation of condition(s) MC, SC#1, SC#2, SC#7 SPC _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MANDATORY CONDITION | FAILURE TO REFRAIN FROM UNLAWFUL ACTIVITY | 5/27/2007 |
| STANDARD CONDITION #1 | LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION | 5/27/2007 |
| STANDARD CONDITION #2 | FAILURE TO REPORT TO THE PROBATION OFFICER AND PROVIDE A TRUTHFUL WRITTEN REPORT | 12/17/2007 |
| STANDARD CONDITION #7 | FAILURE TO REFRAIN FROM UNLAWFUL DRUG USE | 12/26/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.    -9386

Defendant's Date of Birth    1981

Defendant's Residence Address:

SALEM COUNTY CORRECTIONAL FACILITY

Defendant's Mailing Address:

SALEM COUNTY CORRECTIONAL FACILITY

MAY 21, 2008
Date of Imposition of Judgment

Signature of Judge

Honorable Sue L. Robinson, United States District Judge
Name and Title of Judge

6/23/08
Date


AO 245D    (Rev 12/03) Judgment in a Criminal Case for Revocations
    Sheet 1 A

Judgment Page  2  of  3

DEFENDANT: JOHNNY WALKER EWELL
CASE NUMBER: CR 05-27-2-SLR

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| SPECIAL CONDITION | FAILURE TO COMPLETE A DRUG TREATMENT PROGRAM WHICH SHALL INCLUDE | 10/30/2007 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2 Imprisonment

Judgment Page ___3___ of ___3___

**DEFENDANT:**    JOHNNY WALKER EWELL
**CASE NUMBER:** CR 05-27-2-SLR

## IMPRISONMENT

    **The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of** :

    11 MONTHS WITHOUT A TERM OF SUPERVISION TO FOLLOW.


☐  **The court makes the following recommendations to the Bureau of Prisons:**



☒  **The defendant is remanded to the custody of the United States Marshal.**

☐  **The defendant shall surrender to the United States Marshal for this district:**

    ☐  at  _____  ☐ a.m.  ☐ p.m.    on  _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered  _____  to  _____

a _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL